UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH J. MILLER**  CIVIL ACTION

**VERSUS**  NO: 10-0825

**NEWELL NORMAND, ET AL.**  SECTION: "I"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Keith J. Miller's Title 42 U.S.C. § 1983 claims against the defendants, Newell Normand, the Sheriff of Jefferson Parish, Deputy Chief Sue Ellen Penouilh, the Warden of the Jefferson Parish Correctional Center and D. Robertson, the law librarian of the Jefferson Parish Correctional Center, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this __18th__ day of January, 2011

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**